[No. 5,957.]

MAIN ET AL. v. HILTON ET AL.

NEGOTIABLE INSTRUMENT—Under § 3102 Civil Code, a negotiable instrument made payable to the order of the maker, if issued for valid consideration without indorsement, has the same effect against him as if payable to the bearer; and the rule applies as well where the instrument is payable to the maker and a third person, (if indorsed by such third person) as where it is made payable to the maker alone.

APPEAL from a judgment for the plaintiff in the Nineteenth District Court, City and County of San Francisco. WHEE-LER, J.:

The note sued upon is made payable to the defendants Black and Kelly, and was made by the defendant Kelly and the other defendants, except Black, for the purpose of taking up another note held by the plaintiffs against the defendants; and was indorsed by Black and delivered to the plaintiffs and the old note taken up.

..................., for Appellants.

*Gunnison & Booth,* for Respondents.

Department No. 1, by the COURT (from the Bench):

We are convinced that § 3102 of the Civil Code is applicable to the facts of this case; the purpose of the statute being that the party who makes an instrument negotiable in form, payable to his own order, if he receives a valid consideration therefor, (which is alleged in this complaint and was proven at

the trial) shall be estopped from asserting, as against one who brings an action upon the instrument, that he has not indorsed it; and that the rule applies as well where the instrument is payable to the maker and a third person, (in case it has been indorsed by such third person) as where it is made payable to the maker alone.

For these reasons the judgment is affirmed.